CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 14 2011

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| PHILLIP IRVING, | ) | CASE NO. 7:11CV00528 |
| | ) | |
| Petitioner, | ) | |
| | ) | FINAL ORDER |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this action, which the court construes as a petition for a writ of mandamus, pursuant to 28 U.S.C. § 1361, is **DISMISSED** as frivolous, and this action is stricken from the active docket of the court.

ENTER: This 14th day of November, 2011.

/s/ James C. Turk
Senior United States District Judge